IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Nicholas Alan Norris and Ashley Michelle Norris | : | Bankruptcy No. |
| | : | |
| Debtor | : | Chapter 7 |
| | : | |
| | : | Case No. 23-70341 |

**PAY ADVICES FOR ASHLEY MICHELLE NORRIS**

Voucher #: 002025 Sort Order: 15

Ashley Michelle Norris END TO END USER RESEARCH LLC - 15355 VANTAGE PKWY W STE 250 - HOUSTON, TX 77032 - 281-741-9496

| | | | | |
|---|---|---|---|---|
| SSN# XXX-XX-9530 | Period Start Date 06-26-2023 | Check Date 07-14-2023 | Federal Filing Status | MJ/Married Filing Joint |
| EMP# L88768 | Period End Date 07-09-2023 | Check Number 0010342643 | State Filing Status | NONE/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 07-09-2023 | REGULAR PAY | 19.0000 | 35.92 | 682.48 |
| 07-09-2023 | HOLIDAY | 19.0000 | 8.00 | 152.00 |
| 07-09-2023 | VACATION | 19.0000 | 14.00 | 266.00 |
| TOTAL | | | 57.92 | 1,100.48 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401(K) | 88.04 | 589.46 |
| DENTAL 125 | 17.00 | 17.00 |
| ACCIDENT | 9.26 | 9.26 |
| VISION 125 | 6.50 | 6.50 |
| LIFE INS | 4.75 | 4.75 |
| LTD | 3.12 | 3.12 |
| FEDERAL TAX | 0.00 | 143.69 |
| MEDICARE | 15.61 | 237.19 |
| SOC SECURITY | 66.77 | 1014.20 |
| PA INCOME TAX | 33.06 | 502.20 |
| PA SUI | 0.77 | 11.30 |
| BEDFORD,PA CIWT | 16.15 | 245.36 |
| BEDFORD,PA O/P | 2.00 | 28.00 |
| TOTAL | 263.03 | 2,812.03 |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 28568 | CHECKING | 837.45 |
| TOTAL DEPOSITED | | $837.45 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $837.45 |
| TOTAL NET PAY | $837.45 |
| TOTAL NET PAY YTD | $13,569.54 |

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| REGULAR PAY | 793.20 | 14899.57 |
| HOLIDAY | 24.00 | 456.00 |
| VACATION | 54.00 | 1026.00 |
| TOTAL | 871.20 | $16,381.57 |

### Paid Time Off

| Description | Balance |
|---|---|
| PTO | 0.00 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| 401(k) MATCH | 11.00 | 73.68 |
| BASIC LIFE | 2.55 | 7.65 |
| DENTAL | 5.00 | 5.00 |
| VISION BUY UP | 3.00 | 3.00 |
| TOTAL | 21.55 | 89.33 |

Service Provider: G&A OUTSOURCING, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

---

END TO END USER RESEARCH LLC

G&A OUTSOURCING, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0010342643
Pay Date 07-14-2023

PAY  Non-negotiable                                                             $0.00

TO THE
ORDER     Ashley Michelle Norris
OF        325 E Penn St
          BEDFORD, PA 15522-4746

*** *Non-Negotiable* ***

Voucher #: 002052 Sort Order: 15

Ashley Michelle Norris END TO END USER RESEARCH LLC - 15355 VANTAGE PKWY W STE 250 - HOUSTON, TX 77032 - 281-741-9496

| | | | | |
|---|---|---|---|---|
| SSN# XXX-XX-9530 | Period Start Date 07-10-2023 | Check Date | 07-28-2023 | Federal Filing Status MJ/Married Filing Joint |
| EMP# L88768 | Period End Date 07-23-2023 | Check Number | 0010414720 | State Filing Status NONE/NONE |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 07-23-2023 | REGULAR PAY | 19.0000 | 54.33 | 1032.27 |
| TOTAL | | | 54.33 | 1,032.27 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401(K) | 82.58 | 672.04 |
| DENTAL 125 | 17.00 | 34.00 |
| ACCIDENT | 9.26 | 18.52 |
| VISION 125 | 6.50 | 13.00 |
| LIFE INS | 4.75 | 9.50 |
| LTD | 3.12 | 6.24 |
| FEDERAL TAX | 0.00 | 143.69 |
| MEDICARE | 14.63 | 251.82 |
| SOC SECURITY | 62.54 | 1076.74 |
| PA INCOME TAX | 30.97 | 533.17 |
| PA SUI | 0.72 | 12.02 |
| BEDFORD,PA CIWT | 15.13 | 260.49 |
| BEDFORD,PA O/P | 2.00 | 30.00 |

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 28568 | CHECKING | 783.07 |
| TOTAL DEPOSITED | | $783.07 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $783.07 |
| TOTAL NET PAY | $783.07 |
| TOTAL NET PAY YTD | $14,352.61 |

| | Amount | YTD |
|---|---|---|
| TOTAL | 249.20 | 3,061.23 |

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| REGULAR PAY | 847.53 | 15931.84 |
| HOLIDAY | 24.00 | 456.00 |
| VACATION | 54.00 | 1026.00 |
| TOTAL | 925.53 | $17,413.84 |

## Paid Time Off

| Description | Balance |
|---|---|
| PTO | 0.00 |

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| 401(k) MATCH | 10.32 | 84.00 |
| BASIC LIFE | 0.00 | 7.65 |
| DENTAL | 5.00 | 10.00 |
| VISION BUY UP | 3.00 | 6.00 |
| TOTAL | 18.32 | 107.65 |

Service Provider: G&A OUTSOURCING, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

END TO END USER RESEARCH LLC

G&A OUTSOURCING, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0010414720
Pay Date 07-28-2023

PAY  Non-negotiable                                                                                           $0.00

TO THE
ORDER    Ashley Michelle Norris
OF       325 E Penn St
         BEDFORD, PA 15522-4746

*** Non-Negotiable ***

Voucher #: 002076 Sort Order: 15

Ashley Michelle Norris END TO END USER RESEARCH LLC - 15355 VANTAGE PKWY W STE 250 - HOUSTON, TX 77032 - 281-741-9496

| | | | | |
|---|---|---|---|---|
| SSN# | XXX-XX-9530 | Period Start Date 07-24-2023 | Check Date | 08-11-2023 Federal Filing Status MJ/Married Filing Joint |
| EMP# | L88768 | Period End Date 08-06-2023 | Check Number | 0010487958 State Filing Status NONE/NONE |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 08-06-2023 | REGULAR PAY | 19.0000 | 33.83 | 642.77 |
| 08-06-2023 | VACATION | 19.0000 | 5.00 | 95.00 |
| TOTAL | | | 38.83 | 737.77 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401(K) | 59.02 | 731.06 |
| DENTAL 125 | 17.00 | 51.00 |
| ACCIDENT | 9.26 | 27.78 |
| VISION 125 | 6.50 | 19.50 |
| LIFE INS | 4.75 | 14.25 |
| LTD | 3.12 | 9.36 |
| FEDERAL TAX | 0.00 | 143.69 |
| MEDICARE | 10.36 | 262.18 |
| SOC SECURITY | 44.29 | 1121.03 |
| PA INCOME TAX | 21.93 | 555.10 |
| PA SUI | 0.52 | 12.54 |
| BEDFORD,PA CIWT | 10.71 | 271.20 |
| BEDFORD,PA O/P | 2.00 | 32.00 |
| TOTAL | 189.46 | 3,250.69 |

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 28568 | CHECKING | 548.31 |
| TOTAL DEPOSITED | | $548.31 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $548.31 |
| TOTAL NET PAY | $548.31 |
| TOTAL NET PAY YTD | $14,900.92 |

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| REGULAR PAY | 881.36 | 16574.61 |
| HOLIDAY | 24.00 | 456.00 |
| VACATION | 59.00 | 1121.00 |
| TOTAL | 964.36 | $18,151.61 |

## Paid Time Off

| Description | Balance |
|---|---|
| PTO | 0.00 |

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| 401(k) MATCH | 7.38 | 91.38 |
| BASIC LIFE | 2.55 | 10.20 |
| DENTAL | 5.00 | 15.00 |
| VISION BUY UP | 3.00 | 9.00 |
| TOTAL | 17.93 | 125.58 |

Service Provider: G&A OUTSOURCING, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

END TO END USER RESEARCH LLC

G&A OUTSOURCING, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0010487958
Pay Date 08-11-2023

PAY  Non-negotiable                                                                                                          $0.00

TO THE
ORDER    Ashley Michelle Norris
OF       325 E Penn St
         BEDFORD, PA 15522-4746

*** Non-Negotiable ***

Voucher #: 002100 Sort Order: 15

Ashley Michelle Norris END TO END USER RESEARCH LLC - 15355 VANTAGE PKWY W STE 250 - HOUSTON, TX 77032 - 281-741-9496

| | | | | |
|---|---|---|---|---|
| SSN# XXX-XX-9530 | Period Start Date 08-07-2023 | Check Date | 08-25-2023 | Federal Filing Status MJ/Married Filing Joint |
| EMP# L88768 | Period End Date 08-20-2023 | Check Number | 0010570726 | State Filing Status NONE/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 08-20-2023 | REGULAR PAY | 19.0000 | 50.82 | 965.58 |
| **TOTAL** | | | 50.82 | 965.58 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401(K) | 77.25 | 808.31 |
| DENTAL 125 | 17.00 | 68.00 |
| ACCIDENT | 9.26 | 37.04 |
| VISION 125 | 6.50 | 26.00 |
| LIFE INS | 4.75 | 19.00 |
| LTD | 3.12 | 12.48 |
| FEDERAL TAX | 0.00 | 143.69 |
| MEDICARE | 13.66 | 275.84 |
| SOC SECURITY | 58.41 | 1179.44 |
| PA INCOME TAX | 28.92 | 584.02 |
| PA SUI | 0.68 | 13.22 |
| BEDFORD,PA CIWT | 14.13 | 285.33 |
| BEDFORD,PA O/P | 2.00 | 34.00 |
| **TOTAL** | **235.68** | **3,486.37** |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 28568 | CHECKING | 729.90 |
| **TOTAL DEPOSITED** | | **$729.90** |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $729.90 |
| TOTAL NET PAY | $729.90 |
| TOTAL NET PAY YTD | $15,630.82 |

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| REGULAR PAY | 932.18 | 17540.19 |
| HOLIDAY | 24.00 | 456.00 |
| VACATION | 59.00 | 1121.00 |
| **TOTAL** | **1015.18** | **$19,117.19** |

### Paid Time Off

| Description | Balance |
|---|---|
| PTO | 0.00 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| 401(k) MATCH | 9.66 | 101.04 |
| BASIC LIFE | 0.00 | 10.20 |
| DENTAL | 5.00 | 20.00 |
| VISION BUY UP | 3.00 | 12.00 |
| **TOTAL** | **17.66** | **143.24** |

Service Provider: G&A OUTSOURCING, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

---

END TO END USER RESEARCH LLC

G&A OUTSOURCING, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0010570726
Pay Date 08-25-2023

PAY   Non-negotiable                                                                                          $0.00

TO THE
ORDER    Ashley Michelle Norris
OF       325 E Penn St
         BEDFORD, PA 15522-4746

*** Non-Negotiable ***

Voucher #: 002144 Sort Order: 14

Ashley Michelle Norris/END TO END USER RESEARCH LLC - 15355 VANTAGE PKWY W STE 250 - HOUSTON, TX 77032 - 281-741-9496

| | | | | | |
|---|---|---|---|---|---|
| SSN# | XXX-XX-9530 | Period Start Date | 08-21-2023 | Check Date | 09-08-2023 |
| EMP# | L88768 | Period End Date | 09-03-2023 | Check Number | 0010644038 |

Federal Filing Status  MJ/Married Filing Joint
State Filing Status  NONE/NONE

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 09-03-2023 | REGULAR PAY | 19.0000 | 54.85 | 1042.15 |
| TOTAL | | | 54.85 | 1,042.15 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401(K) | 83.37 | 891.68 |
| DENTAL 125 | 17.00 | 85.00 |
| ACCIDENT | 9.26 | 46.30 |
| VISION 125 | 6.50 | 32.50 |
| LIFE INS | 4.75 | 23.75 |
| LTD | 3.12 | 15.60 |
| FEDERAL TAX | 0.00 | 143.69 |
| MEDICARE | 14.77 | 290.61 |
| SOC SECURITY | 63.15 | 1242.59 |
| PA INCOME TAX | 31.27 | 615.29 |
| PA SUI | 0.73 | 13.95 |
| BEDFORD,PA CIWT | 15.28 | 300.61 |
| BEDFORD,PA O/P | 2.00 | 36.00 |
| TOTAL | 251.20 | 3,737.57 |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 28568 | CHECKING | 790.95 |
| TOTAL DEPOSITED | | $790.95 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $790.95 |
| TOTAL NET PAY | $790.95 |
| TOTAL NET PAY YTD | $16,421.77 |

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| REGULAR PAY | 987.03 | 18582.34 |
| HOLIDAY | 24.00 | 456.00 |
| VACATION | 59.00 | 1121.00 |
| TOTAL | 1070.03 | $20,159.34 |

### Paid Time Off

| Description | Balance |
|---|---|
| PTO | 0.00 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| 401(k) MATCH | 10.42 | 111.46 |
| BASIC LIFE | 2.55 | 12.75 |
| DENTAL | 5.00 | 25.00 |
| VISION BUY UP | 3.00 | 15.00 |
| TOTAL | 20.97 | 164.21 |

Service Provider: G&A OUTSOURCING, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

END TO END USER RESEARCH LLC

G&A OUTSOURCING, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0010644038
Pay Date 09-08-2023

PAY  Non-negotiable                                   $0.00

TO THE
ORDER    Ashley Michelle Norris
OF       325 E Penn St
         BEDFORD, PA 15522-4746

*** *Non-Negotiable* ***

Voucher #: 002169 Sort Order: 14

Ashley Michelle Norris END TO END USER RESEARCH LLC - 15355 VANTAGE PKWY W STE 250 - HOUSTON, TX 77032 - 281-741-9496

| | | | | |
|---|---|---|---|---|
| SSN# XXX-XX-9530 | Period Start Date 09-04-2023 | Check Date 09-22-2023 | Federal Filing Status | MJ/Married Filing Joint |
| EMP# L88768 | Period End Date 09-17-2023 | Check Number 0010723925 | State Filing Status | NONE/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 09-17-2023 | REGULAR PAY | 19.0000 | 50.23 | 954.37 |
| 09-17-2023 | HOLIDAY | 19.0000 | 8.00 | 152.00 |
| TOTAL | | | 58.23 | 1,106.37 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401(K) | 88.51 | 980.19 |
| DENTAL 125 | 17.00 | 102.00 |
| ACCIDENT | 9.26 | 55.56 |
| VISION 125 | 6.50 | 39.00 |
| LIFE INS | 4.75 | 28.50 |
| LTD | 3.12 | 18.72 |
| FEDERAL TAX | 0.00 | 143.69 |
| MEDICARE | 15.70 | 306.31 |
| SOC SECURITY | 67.14 | 1309.73 |
| PA INCOME TAX | 33.24 | 648.53 |
| PA SUI | 0.77 | 14.72 |
| BEDFORD,PA CIWT | 16.24 | 316.85 |
| BEDFORD,PA O/P | 2.00 | 38.00 |
| TOTAL | 264.23 | 4,001.80 |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 28568 | CHECKING | 842.14 |
| TOTAL DEPOSITED | | $842.14 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $842.14 |
| TOTAL NET PAY | $842.14 |
| TOTAL NET PAY YTD | $17,263.91 |

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| REGULAR PAY | 1037.26 | 19536.71 |
| HOLIDAY | 32.00 | 608.00 |
| VACATION | 59.00 | 1121.00 |
| TOTAL | 1128.26 | $21,265.71 |

### Paid Time Off

| Description | Balance |
|---|---|
| PTO | 0.00 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| 401(k) MATCH | 11.06 | 122.52 |
| BASIC LIFE | 0.00 | 12.75 |
| DENTAL | 5.00 | 30.00 |
| VISION BUY UP | 3.00 | 18.00 |
| TOTAL | 19.06 | 183.27 |

Service Provider: G&A OUTSOURCING, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

END TO END USER RESEARCH LLC

G&A OUTSOURCING, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0010723925
Pay Date 09-22-2023

PAY  Non-negotiable                                    $0.00

TO THE
ORDER   Ashley Michelle Norris
OF      325 E Penn St
        BEDFORD, PA 15522-4746

*** Non-Negotiable ***

Voucher #: 002187 Sort Order: 11

Ashley Michelle Norris END TO END USER RESEARCH LLC - 15355 VANTAGE PKWY W STE 250 - HOUSTON, TX 77032 - 281-741-9496

| | | | | |
|---|---|---|---|---|
| SSN# XXX-XX-9530 | Period Start Date 09-18-2023 | Check Date | 10-06-2023 | Federal Filing Status MJ/Married Filing Joint |
| EMP# L88768 | Period End Date 10-01-2023 | Check Number | 0010802834 | State Filing Status NONE/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 10-01-2023 | REGULAR PAY | 19.0000 | 54.08 | 1027.52 |
| TOTAL | | | 54.08 | 1,027.52 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401(K) | 82.20 | 1062.39 |
| DENTAL 125 | 17.00 | 119.00 |
| ACCIDENT | 9.26 | 64.82 |
| VISION 125 | 6.50 | 45.50 |
| LIFE INS | 4.75 | 33.25 |
| LTD | 3.12 | 21.84 |
| FEDERAL TAX | 0.00 | 143.69 |
| MEDICARE | 14.56 | 320.87 |
| SOC SECURITY | 62.25 | 1371.98 |
| PA INCOME TAX | 30.82 | 679.35 |
| PA SUI | 0.72 | 15.44 |
| BEDFORD,PA CIWT | 15.06 | 331.91 |
| BEDFORD,PA O/P | 2.00 | 40.00 |
| TOTAL | 248.24 | 4,250.04 |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 28568 | CHECKING | 779.28 |
| TOTAL DEPOSITED | | $779.28 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $779.28 |
| TOTAL NET PAY | $779.28 |
| TOTAL NET PAY YTD | $18,043.19 |

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| REGULAR PAY | 1091.34 | 20564.23 |
| HOLIDAY | 32.00 | 608.00 |
| VACATION | 59.00 | 1121.00 |
| TOTAL | 1182.34 | $22,293.23 |

### Paid Time Off

| Description | Balance |
|---|---|
| PTO | 0.00 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| 401(k) MATCH | 10.28 | 132.80 |
| BASIC LIFE | 2.55 | 15.30 |
| DENTAL | 5.00 | 35.00 |
| VISION BUY UP | 3.00 | 21.00 |
| TOTAL | 20.83 | 204.10 |

Service Provider: G&A OUTSOURCING, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

END TO END USER RESEARCH LLC

G&A OUTSOURCING, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0010802834
Pay Date 10-06-2023

PAY  Non-negotiable                                    $0.00

TO THE
ORDER    Ashley Michelle Norris
OF       325 E Penn St
         BEDFORD, PA 15522-4746

*** Non-Negotiable ***