IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Nicholas Alan Norris and Ashley Michelle Norris | : | Bankruptcy No. |
| Debtor | : | Chapter 7 |
| | : | Case No. 23-70341 |

## PAY ADVICES FOR NICHOLAS ALAN NORRIS

**Nicholas Alan Norris**
325 E Penn St
Bedford, PA 15522
US

7-Eleven Inc
3200 Hackberry Road
Irving, TX 75063
US

| | |
|---|---|
| Pay Date | 08/03/2023 |
| Advice # | 2427066222 |
| Pay Period Start | 07/21/2023 |
| Pay Period End | 07/27/2023 |
| Pay Frequency | Week |

## Exemptions

| | |
|---|---|
| State | 0 |

## Employment Information

| | |
|---|---|
| Average Hours | 0.00 |

| Earnings Totals | | | Current | YTD |
|---|---|---|---|---|
| Gross Pay | | | $537.03 | $5,875.12 |
| Net Pay | | | $441.77 | $4,808.36 |

| Deduction Totals | | | Current | YTD |
|---|---|---|---|---|
| Taxes | | | $95.26 | $1,066.76 |
| Other Deductions | | | $0.00 | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Hours | $17.00 | 31.59 | $537.03 | $5,201.15 |
| Holiday-OT | | | $0.00 | $167.54 |
| New Hire Packet Pay | | | $0.00 | $7.14 |
| Training Dev | | | $0.00 | $491.64 |
| Overtime | | 0.00 | $0.00 | $7.65 |
| Doubletime | $34.00 | 0.00 | $0.00 | $0.00 |

| Deductions Detail | Current | YTD |
|---|---|---|
| School(Bedford Asd) | $5.37 | $58.75 |
| Medicare EE | $7.79 | $85.19 |
| FIT | $28.25 | $333.69 |
| SS EE | $33.30 | $364.26 |
| SUI(PA) | $0.37 | $4.11 |
| SIT(PA) | $16.49 | $180.37 |
| City(Bedford) | $2.69 | $29.39 |
| HT(Bedford Twp) | $1.00 | $11.00 |

Other Information
| | |
|---|---|
| Employee Number | 2164530 |
| TOTAL WRK HRS | 31.59 |
| TOTAL PTO BLNCE | .00 |

| Distributions | Current |
|---|---|
| Hometown Bank of Pennsylvania | $441.77 |

Messages
7-Eleven Payroll Number (+1 (855)-729-4669)
Sign in at WWW.moneynetwork.com to view your full pay stub
BIN:
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven

**Nicholas Alan Norris**
325 E Penn St
Bedford, PA 15522
US

7-Eleven Inc
3200 Hackberry Road
Irving, TX 75063
US

| | |
|---|---|
| Pay Date | 08/10/2023 |
| Advice # | 2427667967 |
| Pay Period Start | 07/28/2023 |
| Pay Period End | 08/03/2023 |
| Pay Frequency | Week |

### Exemptions

| | |
|---|---|
| State | 0 |

### Employment Information

| | |
|---|---|
| Average Hours | 0.00 |

| Earnings Totals | Current | YTD |
|---|---|---|
| Gross Pay | $516.97 | $6,392.09 |
| Net Pay | $426.60 | $5,234.96 |

| Deduction Totals | Current | YTD |
|---|---|---|
| Taxes | $90.37 | $1,157.13 |
| Other Deductions | $0.00 | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Holiday-OT | | | $0.00 | $167.54 |
| New Hire Packet Pay | | | $0.00 | $7.14 |
| Training Dev | | | $0.00 | $491.64 |
| Regular Hours | $17.00 | 30.41 | $516.97 | $5,718.12 |
| Overtime | | 0.00 | $0.00 | $7.65 |
| Doubletime | $34.00 | 0.00 | $0.00 | $0.00 |

| Deductions Detail | Current | YTD |
|---|---|---|
| School(Bedford Asd) | $5.17 | $63.92 |
| Medicare EE | $7.50 | $92.69 |
| FIT | $25.84 | $359.53 |
| SS EE | $32.05 | $396.31 |
| SUI(PA) | $0.36 | $4.47 |
| SIT(PA) | $15.87 | $196.24 |
| City(Bedford) | $2.58 | $31.97 |
| HT(Bedford Twp) | $1.00 | $12.00 |

| Other Information | |
|---|---|
| Employee Number | 2164530 |
| TOTAL WRK HRS | 30.41 |
| TOTAL PTO BLNCE | .00 |

| Distributions | Current |
|---|---|
| Hometown Bank of Pennsylvania | $426.60 |

Messages
7-Eleven Payroll Number (+1 (855)-729-4669)
Sign in at WWW.moneynetwork.com to view your full pay stub
BIN:
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven

**Nicholas Alan Norris**

325 E Penn St

Bedford, PA 15522

US

7-Eleven Inc
3200 Hackberry Road
Irving, TX 75063
US

| | | |
|---|---|---|
| Pay Date | 08/17/2023 |
| Advice # | 2428601391 |
| Pay Period Start | 08/04/2023 |
| Pay Period End | 08/10/2023 |
| Pay Frequency | Week |

| Earnings Totals | Current | YTD |
|---|---|---|
| Gross Pay | $451.86 | $6,843.95 |
| Net Pay | $376.78 | $5,611.74 |

| Deduction Totals | Current | YTD |
|---|---|---|
| Taxes | $75.08 | $1,232.21 |
| Other Deductions | $0.00 | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Holiday-OT | | | $0.00 | $167.54 |
| New Hire Packet Pay | | | $0.00 | $7.14 |
| Regular Hours | $17.00 | 26.58 | $451.86 | $6,169.98 |
| Training Dev | | | $0.00 | $491.64 |
| Overtime | | 0.00 | $0.00 | $7.65 |
| Doubletime | $34.00 | 0.00 | $0.00 | $0.00 |

## Exemptions

| | |
|---|---|
| State | 0 |

## Employment Information

| | |
|---|---|
| Average Hours | 0.00 |

| Deductions Detail | Current | YTD |
|---|---|---|
| School(Bedford Asd) | $4.52 | $68.44 |
| Medicare EE | $6.55 | $99.24 |
| FIT | $18.55 | $378.08 |
| SS EE | $28.01 | $424.32 |
| SUI(PA) | $0.32 | $4.79 |
| SIT(PA) | $13.87 | $210.11 |
| City(Bedford) | $2.26 | $34.23 |
| HT(Bedford Twp) | $1.00 | $13.00 |

Other Information

| | |
|---|---|
| Employee Number | 2164530 |
| TOTAL WRK HRS | 26.58 |
| TOTAL PTO BLNCE | .00 |

| Distributions | Current |
|---|---|
| Hometown Bank of Pennsylvania | $376.78 |

Messages
7-Eleven Payroll Number (+1 (855)-729-4669)
Sign in at WWW.moneynetwork.com to view your full pay stub
BIN:
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven

**Nicholas Alan Norris**

325 E Penn St

Bedford, PA 15522

US

7-Eleven Inc
3200 Hackberry Road
Irving, TX 75063
US

| | |
|---|---|
| Pay Date | 08/24/2023 |
| Advice # | 2429096334 |
| Pay Period Start | 08/11/2023 |
| Pay Period End | 08/17/2023 |
| Pay Frequency | Week |

## Exemptions

| | |
|---|---|
| State | 0 |

## Employment Information

| | |
|---|---|
| Average Hours | 0.00 |

| Earnings Totals | | | Current | YTD |
|---|---|---|---|---|
| Gross Pay | | | $671.67 | $7,515.62 |
| Net Pay | | | $543.70 | $6,155.44 |

| Deduction Totals | | | Current | YTD |
|---|---|---|---|---|
| Taxes | | | $127.97 | $1,360.18 |
| Other Deductions | | | $0.00 | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Hours | $17.00 | 39.51 | $671.67 | $6,841.65 |
| Holiday-OT | | | $0.00 | $167.54 |
| New Hire Packet Pay | | | $0.00 | $7.14 |
| Training Dev | | | $0.00 | $491.64 |
| Overtime | | 0.00 | $0.00 | $7.65 |
| Doubletime | $34.00 | 0.00 | $0.00 | $0.00 |

| Deductions Detail | Current | YTD |
|---|---|---|
| School(Bedford Asd) | $6.72 | $75.16 |
| Medicare EE | $9.74 | $108.98 |
| FIT | $44.41 | $422.49 |
| SS EE | $41.65 | $465.97 |
| SUI(PA) | $0.47 | $5.26 |
| SIT(PA) | $20.62 | $230.73 |
| City(Bedford) | $3.36 | $37.59 |
| HT(Bedford Twp) | $1.00 | $14.00 |

| Other Information | |
|---|---|
| Employee Number | 2164530 |
| TOTAL WRK HRS | 39.51 |
| TOTAL PTO BLNCE | .00 |

| Distributions | Current |
|---|---|
| Hometown Bank of Pennsylvania | $543.70 |

Messages
7-Eleven Payroll Number (+1 (855)-729-4669)
Sign in at WWW.moneynetwork.com to view your full pay stub
BIN:
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven

**Nicholas Alan Norris**

325 E Penn St

Bedford, PA 15522

US

7-Eleven Inc
3200 Hackberry Road
Irving, TX 75063
US

| | | |
|---|---|---|
| Pay Date | 08/31/2023 |
| Advice # | 2430039704 |
| Pay Period Start | 08/18/2023 |
| Pay Period End | 08/24/2023 |
| Pay Frequency | Week |

| Earnings Totals | Current | YTD |
|---|---|---|
| Gross Pay | $621.69 | $8,137.31 |
| Net Pay | $505.87 | $6,661.31 |

| Deduction Totals | Current | YTD |
|---|---|---|
| Taxes | $115.82 | $1,476.00 |
| Other Deductions | $0.00 | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Holiday-OT | | | $0.00 | $167.54 |
| New Hire Packet Pay | | | $0.00 | $7.14 |
| Regular Hours | $17.00 | 36.57 | $621.69 | $7,463.34 |
| Training Dev | | | $0.00 | $491.64 |
| Overtime | | 0.00 | $0.00 | $7.65 |
| Doubletime | $34.00 | 0.00 | $0.00 | $0.00 |

## Exemptions

| | |
|---|---|
| State | 0 |

## Employment Information

| | |
|---|---|
| Average Hours | 0.00 |

| Deductions Detail | Current | YTD |
|---|---|---|
| School(Bedford Asd) | $6.22 | $81.38 |
| Medicare EE | $9.01 | $117.99 |
| FIT | $38.41 | $460.90 |
| SS EE | $38.54 | $504.51 |
| SUI(PA) | $0.44 | $5.70 |
| SIT(PA) | $19.09 | $249.82 |
| City(Bedford) | $3.11 | $40.70 |
| HT(Bedford Twp) | $1.00 | $15.00 |

Other Information
| | |
|---|---|
| Employee Number | 2164530 |
| TOTAL WRK HRS | 36.57 |
| TOTAL PTO BLNCE | .00 |

| Distributions | Current |
|---|---|
| Hometown Bank of Pennsylvania | $505.87 |

Messages
7-Eleven Payroll Number (+1 (855)-729-4669)
Sign in at WWW.moneynetwork.com to view your full pay stub
BIN:
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven

**Nicholas Alan Norris**
325 E Penn St
Bedford, PA 15522
US

7-Eleven Inc
3200 Hackberry Road
Irving, TX 75063
US

| | | | | | Current | YTD |
|---|---|---|---|---|---|---|
| Pay Date | 09/07/2023 | Earnings Totals | | | | |
| | | Gross Pay | | | $596.36 | $8,733.67 |
| Advice # | 2430585569 | Net Pay | | | $486.70 | $7,148.01 |
| Pay Period Start | 08/25/2023 | Deduction Totals | | | Current | YTD |
| | | Taxes | | | $109.66 | $1,585.66 |
| Pay Period End | 08/31/2023 | Other Deductions | | | $0.00 | $0.00 |
| Pay Frequency | Week | | | | | |
| | | Earnings Detail | Rate | Hours | Current | YTD |
| | | Holiday-OT | | | $0.00 | $167.54 |
| | | New Hire Packet Pay | | | $0.00 | $7.14 |
| **Exemptions** | | Training Dev | | | $0.00 | $491.64 |
| | | Overtime | | 0.00 | $0.00 | $7.65 |
| State | 0 | Regular Hours | $17.00 | 35.08 | $596.36 | $8,059.70 |
| | | Doubletime | $34.00 | 0.00 | $0.00 | $0.00 |
| | | Deductions Detail | | | Current | YTD |
| **Employment Information** | | School(Bedford Asd) | | | $5.96 | $87.34 |
| Average Hours | 0.00 | Medicare EE | | | $8.65 | $126.64 |
| | | FIT | | | $35.37 | $496.27 |
| | | SS EE | | | $36.98 | $541.49 |
| | | SUI(PA) | | | $0.41 | $6.11 |
| | | SIT(PA) | | | $18.31 | $268.13 |
| | | City(Bedford) | | | $2.98 | $43.68 |
| | | HT(Bedford Twp) | | | $1.00 | $16.00 |

Other Information
Employee Number 2164530
TOTAL WRK HRS 35.08
TOTAL PTO BLNCE .00

| Distributions | Current |
|---|---|
| Hometown Bank of Pennsylvania | $486.70 |

Messages
7-Eleven Payroll Number (+1 (855)-729-4669)
Sign in at WWW.moneynetwork.com to view your full pay stub
BIN:
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven

**Nicholas Alan Norris**

325 E Penn St

Bedford, PA 15522

US

7-Eleven Inc
3200 Hackberry Road
Irving, TX 75063
US

| | |
|---|---|
| Pay Date | 09/14/2023 |
| Advice # | 2431834643 |
| Pay Period Start | 09/01/2023 |
| Pay Period End | 09/07/2023 |
| Pay Frequency | Week |

### Exemptions

| | |
|---|---|
| State | 0 |

### Employment Information

| | |
|---|---|
| Average Hours | 0.00 |

| Earnings Totals | Current | YTD |
|---|---|---|
| Gross Pay | $666.57 | $9,400.24 |
| Net Pay | $539.86 | $7,687.87 |

| Deduction Totals | Current | YTD |
|---|---|---|
| Taxes | $126.71 | $1,712.37 |
| Other Deductions | $0.00 | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Holiday-OT | | | $0.00 | $167.54 |
| New Hire Packet Pay | | | $0.00 | $7.14 |
| Training Dev | | | $0.00 | $491.64 |
| Overtime | | 0.00 | $0.00 | $7.65 |
| Regular Hours | $17.00 | 39.21 | $666.57 | $8,726.27 |
| Doubletime | $34.00 | 0.00 | $0.00 | $0.00 |

| Deductions Detail | Current | YTD |
|---|---|---|
| School(Bedford Asd) | $6.67 | $94.01 |
| Medicare EE | $9.66 | $136.30 |
| FIT | $43.80 | $540.07 |
| SS EE | $41.32 | $582.81 |
| SUI(PA) | $0.47 | $6.58 |
| SIT(PA) | $20.46 | $288.59 |
| City(Bedford) | $3.33 | $47.01 |
| HT(Bedford Twp) | $1.00 | $17.00 |

Other Information

| | |
|---|---|
| Employee Number | 2164530 |
| TOTAL WRK HRS | 39.21 |
| TOTAL PTO BLNCE | .00 |

| Distributions | Current |
|---|---|
| Hometown Bank of Pennsylvania | $539.86 |

Messages
7-Eleven Payroll Number (+1 (855)-729-4669)
Sign in at WWW.moneynetwork.com to view your full pay stub
BIN:
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven

**Nicholas Alan Norris**

325 E Penn St

Bedford, PA 15522

US

| | |
|---|---|
| Pay Date | 09/21/2023 |
| Advice # | 2432518883 |
| Pay Period Start | 09/08/2023 |
| Pay Period End | 09/14/2023 |
| Pay Frequency | Week |

## Exemptions

| | |
|---|---|
| State | 0 |

## Employment Information

| | |
|---|---|
| Average Hours | 0.00 |

7-Eleven Inc
3200 Hackberry Road
Irving, TX 75063
US

| Earnings Totals | | | Current | YTD |
|---|---|---|---|---|
| Gross Pay | | | $682.04 | $10,082.28 |
| Net Pay | | | $551.56 | $8,239.43 |

| Deduction Totals | | | Current | YTD |
|---|---|---|---|---|
| Taxes | | | $130.48 | $1,842.85 |
| Other Deductions | | | $0.00 | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Holiday-OT | | | $0.00 | $167.54 |
| New Hire Packet Pay | | | $0.00 | $7.14 |
| Regular Hours | $17.00 | 40.00 | $680.00 | $9,406.27 |
| Overtime | $25.50 | 0.08 | $2.04 | $9.69 |
| Training Dev | | | $0.00 | $491.64 |
| Doubletime | $34.00 | 0.00 | $0.00 | $0.00 |

| Deductions Detail | Current | YTD |
|---|---|---|
| School(Bedford Asd) | $6.82 | $100.83 |
| Medicare EE | $9.89 | $146.19 |
| FIT | $45.65 | $585.72 |
| SS EE | $42.29 | $625.10 |
| SUI(PA) | $0.48 | $7.06 |
| SIT(PA) | $20.94 | $309.53 |
| City(Bedford) | $3.41 | $50.42 |
| HT(Bedford Twp) | $1.00 | $18.00 |

| Other Information | |
|---|---|
| Employee Number | 2164530 |
| TOTAL WRK HRS | 40.08 |
| TOTAL PTO BLNCE | .00 |

| Distributions | Current |
|---|---|
| Hometown Bank of Pennsylvania | $551.56 |

Messages
7-Eleven Payroll Number (+1 (855)-729-4669)
Sign in at WWW.moneynetwork.com to view your full pay stub
BIN:
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven

**Nicholas Alan Norris**

325 E Penn St

Bedford, PA 15522

US

7-Eleven Inc
3200 Hackberry Road
Irving, TX 75063
US

| | | Earnings Totals | | | Current | YTD |
|---|---|---|---|---|---|---|
| Pay Date | 09/28/2023 | Gross Pay | | | $661.98 | $10,744.26 |
| Advice # | 2433481774 | Net Pay | | | $536.38 | $8,775.81 |
| Pay Period Start | 09/15/2023 | Deduction Totals | | | Current | YTD |
| Pay Period End | 09/21/2023 | Taxes | | | $125.60 | $1,968.45 |
| Pay Frequency | Week | Other Deductions | | | $0.00 | $0.00 |
| | | Earnings Detail | Rate | Hours | Current | YTD |
| | | Holiday-OT | | | $0.00 | $167.54 |
| | | New Hire Packet Pay | | | $0.00 | $7.14 |
| **Exemptions** | | Training Dev | | | $0.00 | $491.64 |
| | | Overtime | | 0.00 | $0.00 | $9.69 |
| State | 0 | Regular Hours | $17.00 | 38.94 | $661.98 | $10,068.25 |
| | | Doubletime | $34.00 | 0.00 | $0.00 | $0.00 |
| **Employment Information** | | Deductions Detail | | | Current | YTD |
| | | School(Bedford Asd) | | | $6.62 | $107.45 |
| Average Hours | 0.00 | Medicare EE | | | $9.60 | $155.79 |
| | | FIT | | | $43.25 | $628.97 |
| | | SS EE | | | $41.04 | $666.14 |
| | | SUI(PA) | | | $0.46 | $7.52 |
| | | SIT(PA) | | | $20.32 | $329.85 |
| | | City(Bedford) | | | $3.31 | $53.73 |
| | | HT(Bedford Twp) | | | $1.00 | $19.00 |
| | | Other Information | | | | |
| | | Employee Number | | | | 2164530 |
| | | TOTAL WRK HRS | | | | 38.94 |
| | | TOTAL PTO BLNCE | | | | .00 |
| | | Distributions | | | Current | |
| | | Hometown Bank of Pennsylvania | | | $536.38 | |

Messages
7-Eleven Payroll Number (+1 (855)-729-4669)
Sign in at WWW.moneynetwork.com to view your full pay stub
BIN:
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven

Case 23-70341-JAD    Doc 24    Filed 10/16/23    Entered 10/16/23 22:19:30    Desc Main
Document    Page 11 of 11
10/7/23, 8:06 PM    Pay Stub Portal

**Nicholas Alan Norris**

325 E Penn St

Bedford, PA 15522

US

| | |
|---|---|
| Pay Date | 10/05/2023 |
| Advice # | 2434203148 |
| Pay Period Start | 09/22/2023 |
| Pay Period End | 09/28/2023 |
| Pay Frequency | Week |

## Exemptions

| | |
|---|---|
| State | 0 |

## Employment Information

| | |
|---|---|
| Average Hours | 0.00 |

7-Eleven Inc
3200 Hackberry Road
Irving, TX 75063
US

| Earnings Totals | Current | YTD |
|---|---|---|
| Gross Pay | $636.14 | $11,380.40 |
| Net Pay | $516.81 | $9,292.62 |

| Deduction Totals | Current | YTD |
|---|---|---|
| Taxes | $119.33 | $2,087.78 |
| Other Deductions | $0.00 | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Holiday-OT | | | $0.00 | $167.54 |
| New Hire Packet Pay | | | $0.00 | $7.14 |
| Training Dev | | | $0.00 | $491.64 |
| Overtime | | 0.00 | $0.00 | $9.69 |
| Regular Hours | $17.00 | 37.42 | $636.14 | $10,704.39 |
| Doubletime | $34.00 | 0.00 | $0.00 | $0.00 |

| Deductions Detail | Current | YTD |
|---|---|---|
| School(Bedford Asd) | $6.36 | $113.81 |
| Medicare EE | $9.23 | $165.02 |
| FIT | $40.14 | $669.11 |
| SS EE | $39.44 | $705.58 |
| SUI(PA) | $0.45 | $7.97 |
| SIT(PA) | $19.53 | $349.38 |
| City(Bedford) | $3.18 | $56.91 |
| HT(Bedford Twp) | $1.00 | $20.00 |

Other Information

| | |
|---|---|
| Employee Number | 2164530 |
| TOTAL WRK HRS | 37.42 |
| TOTAL PTO BLNCE | .00 |

| Distributions | Current |
|---|---|
| Hometown Bank of Pennsylvania | $516.81 |

Messages
7-Eleven Payroll Number (+1 (855)-729-4669)
Sign in at WWW.moneynetwork.com to view your full pay stub
BIN:
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven