Certificate Number: 03088-PAW-DE-037997090

Bankruptcy Case Number: 23-70341



03088-PAW-DE-037997090

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 5, 2023</u>, at <u>8:56</u> o'clock <u>PM CST</u>, <u>Nicholas A Norris</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>December 5, 2023</u>    By:   <u>/s/Doug Tonne</u>

　　　　　　　　　　　　　　　　Name: <u>Doug Tonne</u>

　　　　　　　　　　　　　　　　Title: <u>Counselor</u>