Certificate Number: 03088-PAW-DE-037997091

Bankruptcy Case Number: 23-70341



03088-PAW-DE-037997091

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 5, 2023, at 8:56 o'clock PM CST, Ashley M Norris completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 5, 2023              By:    /s/Doug Tonne

                                                      Name:  Doug Tonne

                                                      Title:   Counselor